**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

JEANNE WOOD, :
:
Plaintiff, :
:
v. : CASE NO.: 7:25-CV-00122 (WLS)
:
SOUTHERN HEALTH :
PARTNERS, INC., :
:
Defendant. :
:

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Amend Scheduling Order (Doc. 15), filed on July 28, 2026. Therein, Plaintiff moves for an extension of the deadline to amend her complaint or join parties. The current deadline, as set forth in the Court's original discovery/scheduling Order (Doc. 8), is Monday, August 3, 2026. Plaintiff explains that Defendant's medical director, Dr. James Graham, was recently deposed, and Plaintiff intends to file a motion to add him as a party. (Doc. 15 ¶ 2). However, Plaintiff's deadline to disclose expert witnesses and reports was previously extended through August 14, 2026, by the Court's Order (Doc. 13) granting the Parties' motion to extend discovery. Plaintiff states that the expert report, currently due on August 14, is necessary for the filing of her motion to add Dr. Graham and therefore seeks to extend the deadline for the filing of such motion through August 14 as well. (*Id.* ¶ 2–3). Plaintiff further states that Defendant does not oppose the instant Motion. (*Id.* ¶ 4).

For good cause, Plaintiff's Unopposed Motion to Amend Scheduling Order (Doc. 15) is **GRANTED**. Accordingly, the Parties' deadline to file motions to amend pleadings or join parties is **EXTENDED** through **Friday, August 14, 2026**.

**SO ORDERED**, this 29th day of July 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**